**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO:  08-308** |
| **BLAIR ARROYO** | **SECTION: "S" (3)** |

### ORDER AND REASONS

Before the court is the **Motion for Reconsideration** (Rec. Doc. 188) filed by the defendant, Blair Arroyo, seeking reconsideration of the court's order denying compassionate release because the defendant has failed to exhaust administrative remedies. The court has now denied defendant's motion twice on this ground. Rec. Docs. 182, 187.

The instant motion does not include any documentation reflecting an effort to exhaust remedies, nor does not assert at any point that defendant has pursued and exhausted any remedies with the Bureau of Prisons. Accordingly, no basis for reconsideration exists. Therefore,

**IT IS HEREBY ORDERED** that defendant Blair Arroyo's **Motion for Reconsideration** (Rec. Doc. 188) is **DENIED**.

New Orleans, Louisiana, this 11th  day of August, 2020.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**